No. 8920. THE STATE OF MONTANA, on the Relation of KENNETH G. LUKE, RELATOR, v. THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT, In and For the COUNTY OF GRANITE, and the HON. WILLIAM R. TAYLOR, Judge Thereof, RESPONDENTS.

Decided July 14, 1949.

Mr. S. P. Wilson, Deer Lodge, and Mr. Edwin T. Irvine, Philipsburg, for Relator.

Per Curiam.

The writ is denied and the proceeding dismissed.